# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **SAMUEL KOWOUTO**<br>*on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**JELLUM LAW, P.A.,**<br><br>Defendant. | Case No. 22-CV-2655 (SRN/DLM)<br><br>**ORDER** |

Based on the Joint Stipulation for Dismissal filed by Plaintiff, Samuel Kowouto, and Defendant, Jellum Law, P.A., (Doc. No. 105), **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice, with each party to bear their own fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, March 4, 2025

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge