# UNITED STATES DISTRICT COURT

### District of Minnesota

| | |
|---|---|
| Samuel Kowouto, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-2655 SRN/DLM |
| Jellum Law, P.A., | |
| Defendant(s), | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned action is hereby **DISMISSED** with prejudice, with each party to bear their own fees and costs.

Date: 3/4/2025                                                                                            KATE M. FOGARTY, CLERK